UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                    Case No. 23-CR-8-PP

KEVIN MCCAA,

      Defendant.

---

**MOTION TO SEAL**

---

NOW COMES the United States of America, by Abbey M. Marzick and Margaret B. Honrath, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's submission filed on June 15, 2026, in the above-named case until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in said submission.

Respectfully submitted this 15th day of June, 2026 at Milwaukee, Wisconsin.

                                      Respectfully submitted,

                                      */s/ Abbey M. Marzick*
                                        ABBEY M. MARZICK
                                        MARGARET B. HONRATH
                                        Assistant United States Attorneys