UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

KEVIN MCCAA,

           Defendant.

Case No. 23-CR-008

[18 U.S.C. §§ 924(c), 1111(a), 1114, & 2(a)]

## INFORMATION

## COUNT ONE
(Second-Degree Murder)

**THE UNITED STATES CHARGES THAT:**

On or about December 9, 2022, in the State and Eastern District of Wisconsin,

**KEVIN MCCAA,**

with malice aforethought, did unlawfully kill A.C., a United States Postal Service employee,

while A.C. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1111(a), 1114, and 2(a).

## COUNT TWO
(Discharge a Firearm During a Crime of Violence)

**THE UNITED STATES FURTHER CHARGES THAT:**

On or about December 9, 2022, in the State and Eastern District of Wisconsin,

**KEVIN MCCAA**

knowingly discharged a firearm during and in relation to a crime of violence, that is Second-Degree Murder as charged in Count One of this Information.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2(a).

2

# FORFEITURE NOTICE

1.　　Upon conviction of the offenses alleged in Counts One and Two of this Information, defendant KEVIN MCCAA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offenses of conviction, including, but not limited to:

     a.    a black Glock 19 Gen4 9mm semiautomatic handgun, bearing serial number BCRP667, without a magazine;

     b.    a Glock brand 15-round capacity 9mm magazine;

     c.    a black Pro Mag brand 21-round capacity 9mm magazine;

     d.    a Glock 43X 9mm semi-automatic handgun, bearing serial number BSRZ292, with an extended 50-round drum magazine, loaded with fifteen rounds of WIN ammunition, one round of Blazer 9mm ammunition; and twenty-eight (28) rounds of GFL 9mm ammunition;

     e.    sixteen (16) Hornady Critical Defense .40 caliber rounds;

     f.    three (3) Winchester .40 caliber rounds;

     g.    one (1) PMC brand .40 caliber round;

     h.    one (1) WIN 9mm round;

     i.    three (3) LC21 rifle rounds;

     j.    one (1) Blazer 9mm round; and

     k.    a box of 46 rounds of Winchester 9mm cartridges.

_Margaret B. Honrath_              _6/22/2026_
MARGARET B. HONRATH          Date
Assistant United States Attorney

3