JASTI, ZEHAWI & JOHNSON, LLC
ATTORNEYS

October 7, 2026

Honorable Pamela Pepper
U.S. District Court
Eastern District of Wisconsin

Via electronic filing

Re: *U.S. v. Kevin McCaa*
23-cr-8-pp

Dear Judge Pepper:

Attached to this letter you will find letters for consideration at sentencing from the following individuals:

1. Kimberly Thomas- sister
2. Shanelle McCoy- child's mother

Sincerely,

/s/ electronically signed
Murali Jasti
State Bar No. 1044245
Attorney for Kevin McCaa

**Jasti, Zehawi & Johnson, LLC**
122 W Washington Ave STE 600•Madison, WI 53703
jzjlawyers.com • (608) 572-7052

October 6, 2026

Kimberly
Eldest Sister of Kevin McCaa
Milwaukee, Wisconsin

Honorable Chief Judge Pepper
Court Rm 222
United States District Court Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

**RE: United States v. McCaa, Case No. 2023-cr-8-1**

Dear Honorable Judge Pepper,

My name is Kimberly, and I am Kevin's eldest sister. I am writing to offer a fuller perspective of who my brother is as a person, beyond the circumstances of this case. I want to begin by acknowledging the seriousness of this matter and expressing sincere compassion for the individual and family who were harmed. I understand that no explanation can erase their pain or restore what was lost. My intention is not to excuse Kevin's actions, but to share insight into his character, his history, and the efforts he is making to rebuild his life in a responsible and meaningful way.

As Kevin's older sister, I have watched him grow through every stage of life. I remember helping my mother care for him when he was a baby, and I have continued to observe him as a brother, a father, and a man navigating both successes and hardships. One of the most meaningful things I have witnessed is the way Kevin parents his two boys. He shows them patience, guidance, and a steady presence. Seeing him take the time to talk with them, teach them, and love them has always reflected the best parts of who he is.

Kevin has also worked hard to build stability for himself and his children. We often talked about purchasing homes and the importance of establishing a foundation for the future. Although he did not pursue a trade at that time, he did accomplish the significant milestone of purchasing his first home through his own hard work in a supervisory role. That achievement meant a great deal to him and demonstrated his ability to set goals and follow through.

I have also seen Kevin endure profound loss. Our family lost a cousin who was like a brother to him, and later his closest friend, Annie, who was also his female cousin. Her passing deeply affected him. The boys in our family grew up together as a small, tight-knit group, guided by our grandfather's belief that we should always stay connected. Kevin often helped family members

and friends by providing jobs, financial support, or simply taking the time to help them understand difficult situations. He has always been patient and thoughtful in that way.

When Annie passed, the emotional impact was heavy. Unfortunately, Kevin turned to substance use as a way to numb the pain — something he had never engaged in before. While this does not excuse his actions, it does provide context for the state of mind he was in at the time. He was not operating with the clarity or judgment he normally possesses.

I want to be clear: I fully recognize that no amount of explanation can undo the harm that was caused. I understand the victim's family lost a son, a husband, a provider, and a friend — roles that cannot be replaced. I offer my deepest apologies for the pain they have endured, especially for the part my brother played in it. I understand their grief is immeasurable, and I do not take that lightly.

What I hope the Court will consider is the person Kevin is outside of this tragedy and the steps he is taking to move forward in a constructive way. He has plans to developed a business plan and actively planning to elevate his education. He is pursuing training as an electrician and participating in partnership programs that will allow him to build a stable, skilled career. These efforts reflect genuine commitment, discipline, and a desire to create a better future for himself and his children.

Your Honor, I respectfully ask that you consider Kevin's remorse, his personal growth, and the positive direction he is working toward. A sentence that allows him to continue his education, maintain employment, and follow through on his electrician training would support his rehabilitation while still honoring the seriousness of this case. Kevin is not seeking to avoid responsibility; he is seeking the opportunity to rebuild his life in a way that reflects accountability, stability, and the lessons he has learned.

Thank you for your time, your consideration, and the compassion you extend in weighing both accountability and the potential for change.

Respectfully,

Kimberly

Kimberly

Eldest Sister of Kevin McCaa

To the Honorable Judge:

My name is Shanelle McCoy, and I am writing this letter on behalf of Kevin McCaa as he approaches sentencing. Kevin is the father of my 9-year-old son, and I have known him for many years. I understand the seriousness of the circumstances that have brought him before the Court, and I do not write this letter to minimize the loss of life or the pain that has resulted. I am writing because I believe it is important for the Court to also know the person I have known—as a father, provider, son, brother, and member of his community.

Throughout the years I have known Kevin, one of the strongest parts of his character has been his commitment to his family. During our relationship, Kevin was a great provider for both me and our son. He took his responsibilities as a father seriously and worked to make sure our son was cared for and had what he needed. Kevin also has a 10-year-old son, and he has shown that same love, care, and responsibility toward him.

Both of Kevin's sons are still very young, at only 9 and 10 years old. They are at important stages in their lives where a father's guidance, encouragement, love, and support can have a lasting impact. Kevin's role in their lives has been about much more than providing financially. He is their father—someone they love, look up to, and need for guidance and support as they grow.

Kevin's willingness to care for others has always extended beyond his children. He has been there for his mother, especially while she has dealt with health issues. He has also helped his siblings and other family members when they needed him. Whether it was providing financial support, helping with everyday responsibilities, or simply being someone they could call and depend on, Kevin has been a source of support for his family.

I have also witnessed Kevin's willingness to help people within his community. He has shown generosity and concern for others and has been willing to lend a hand when someone was in need. These are qualities that I have personally witnessed and believe are important for the Court to know when considering Kevin as a whole person.

I understand that these positive qualities do not erase the seriousness of what occurred or the tremendous loss experienced by another family. I recognize that the Court has a difficult responsibility in determining an appropriate sentence. I respectfully ask, however, that the Court consider Kevin's entire life and character—not only the circumstances that brought him before the Court. Please consider the

father he has been, the son and brother he has been, the people who have depended upon him, and the positive impact he has had on those around him.

As the mother of Kevin's 9-year-old son, I have personally witnessed the role he has played as a father. His absence affects more than Kevin himself. It affects two young boys who are growing up without the everyday presence of their father during some of the most formative years of their lives.

I respectfully ask the Court to consider Kevin's character, his family ties, his role as a father to his two young sons, and his capacity for rehabilitation when determining his sentence. I hope the Court will impose a sentence that recognizes the seriousness of this matter while also leaving room for Kevin to grow, take accountability, and one day have the opportunity to return to his children, family, and community and make a positive contribution.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Shanelle McCoy
Mother of Kevin McCaa's 9-year-old son.