Dear Judge

My name is D[redacted] G[redacted], a friend of the late Aundre Cross for 15 years. I'm submitting this letter to you for understanding of Aundre's Character from a friend of his.

His personal qualities and character of Caring for those close to him and the community was rare and hard to come across in a man.
As a Son: Aundre was the greatest, role model and friend to his mother. When Aundre was here to assist his mother with daily needs, she was walking with diabilities. After his death, unfortunately his loss has caused her health to deterate to were She is bed written at a nursing home and can not walk anymore.
As a Husband and Father: The loss of Aundre has truly impacted his wife and three children. They have had to go from two parents to a single parent home with single income. And, the children going without his presence at family functions, holidays, birthdays, so many school and church events for the

Children that has happen and their father would of been so proud.

Judge, I thank you so much for your time and consideration on accepting this letter.

Sincerely,

D[redacted] [redacted]

D[redacted] G[redacted]

# What Affects One Affects All

## By H[redacted] C[redacted]

**Last** Winter my dad died. I was so sad, and everybody, even my brothers, was crying. My dad dying affected everyone in my family. I am still sad, and I really miss him. I know my dad is being taken care of in Heaven.

**I Saw** my dad's picture on the news. My mom was crying. I felt bad for her. This terrible act continues to affect my family and hurt a lot of people. **Martin Luther King** believed in everyone including my dad and my family. He thought disputes should be handled peacefully. My dad's death was not peaceful.

**My school** made me feel comfort when my dad died, they showed they cared about me. My classmates and family love me, and I love them too. **Martin Luther King** believed in taking care of each other like my classmates and family took care of me.

**People** in my neighborhood felt bad for me having to grow up without my dad. Many people came to celebrate my dad's life. He was only one man, but he cared about helping people. **Martin Luther King** would like my dad and he would make sure my dad was ok in Heaven.

The death of my dad effects everyone around me in the World. The bad behavior of a few people can affect everyone. It can make people sad and scared. It can have a positive effect when people come together to make positive change. **Martin Luther King** wanted everyone to come together in peace. I hope my dad dying will bring positive change.

**Can you give me a promise to change our actions to happy actions and help keep our community safe?**

**Let's continue the work of Martin Luther King and be the Dream of a peaceful change.**

DAD I LOVE YOU

LOVE DAD

[redacted]

to DAD



DO NOT

ENTER

MY DAD

HEART OK AND YOU

WILL

BE OK YOU GOT ME OK



**From:** [redacted]@yahoo.com>
**Sent:** Friday, September 11, 2026 2:06 PM
**To:** Morgan, Erin (USAWIE)
**Subject:** [EXTERNAL] Fw: [redacted] [redacted] Essay

Hi Erin, this is something [redacted] wrote for college.

----- Forwarded Message -----
**From:** [redacted]@yahoo.com>
**To:** "[redacted]@gmail.com" <[redacted]@gmail.com>
**Sent:** Thu, May 8, 2025 at 8:16 AM

The most challenging experience I encountered in high school was losing my father. I found out about the unexpected loss while I was at basketball practice. This left a void during the remainder of my high school years. I never thought at the age of 15 I would lose my dad. A church going and God-fearing man that taught me how to deal with challenges like this when they would arise, and the importance of trusting in God. Highschool already has its challenges, but going to school each day and others knowing what I was going through was also tough. Feeling uncomfortable and out of place, but eventually I transferred to a new school. Leaving people who I had become close to and starting on a new journey at a new High school. Leaving the place my dad knew that I attended school and being without his presence in my life. Not having my dad's guidance and support.

It was bittersweet the cultural shock of an unfamiliar place and making new friends and connections. Though I had my share of challenges the teachings and community of my church family gave me something to anchor too. I found comfort in the flashbacks of the teachings from my dad and with being around a network of strong men of God that have shown me that they genuinely care. Men that have mentored me over the years. Having a Pastor that could relate to what I was going through and other male figures that have had to face the challenge of going through high school without their dad. This provided me with stability and understanding. These me showed me that I even though my dad wasn't there he would want me to continue to be the best that I could be and to remember that God is my road map to success in everything I do. The teachings from church helped me to remember that I'm never alone and how to find a way to move forward and have a hunger for the better.

The church has provided a place of healing through services and volunteering working on the camera. Also being a part of Sunday Funday, Youth group activities, and Education on the Corner Caution Mentorship. This allows me to focus on something positive and future potential like attending UW-Milwaukee to study Cinematography.

September 11, 2026

U.S. Attorney's Office -EDWI
517 East Wisconsin Avenue Ste 530
Milwaukee, WI 53202

Victim Impact Statement: *U.S. v. Kevin McCaa, et al. Case number 23-CR-00008*

Audre Cross was a federal employee as a Letter Carrier for U.S. Postal Service for 18 years. In July of 2022, he was shot by Kevin McCaa while on the job. Of course, there are hazards that come with every profession, but being shot while on the job is the extreme. Every worker deserves to perform their work duties in a safe environment and go home to their family at the end of each shift.

We ask you to consider what a lighter sentence would mean for workers everywhere. Consider what this could mean to letter carriers, who are out nearly every day. Who are worried about the same thing happening to them. If we are not guaranteed safety, we should at least be guaranteed that, if or when something bad happens to us, justice will be served on those doing the harm.

Not only is Milwaukee missing a letter carrier, but a family is also missing their husband, father, and brother. More than anything, they deserve to see some sense of justice and relief from this great tragedy.

Letter carriers and union members across Milwaukee are looking to this case to set an example for whether or not the Department of Justice will protect workers. The Milwaukee Area Labor Council echoes the NALC Branch 2's call to change McCaa's sentence to at least 40 years without the chance of parole.

Sincerely,

[redacted]

[redacted], President

Milwaukee Area Labor Council, AFL-CIO