UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | October 14, 2026 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 23-cr-08 |
| CASE NAME: | United States of America v. Kevin McCaa |
| NATURE OF HEARING: | Sentencing |
| APPEARANCES: | Margaret Honrath – Attorney for the government<br>Abbey Marzick – Attorney for the government<br>Zaki Zehawi – Attorney for the defendant<br>Murali Jasti – Attorney for the defendant<br>Kevin McCaa – Defendant<br>James Fetherston – U.S. Probation Officer |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 1:30 p.m. – 3:13 p.m. |

**AUDIO OF THIS HEARING AT DKT. NO. 237**

The defendant had pled guilty to Count One of the information, second-degree murder, and Count Two of the information, discharge of a firearm during a crime of violence.

The court listed the relevant sentencing documents.

The court explained to the defendant that the Sentencing Guidelines calculations were advisory, but that the law required the court to calculate them and then consider them along with the §3553 factors.

The court made the following findings as to the offense level(s):

Count One (second-degree murder)
Base offense level: 38, §2A1.2(a)
Objection(s): ☐ Yes ☒ No
Enhancements: 6 levels, §3A1.2(a) & (b) (official victim)
Objection(s): ☐ Yes ☒ No
Total Offense Level: 44
Objection(s): ☐ Yes ☒ No
Acceptance of Responsibility
Reduction: 2 level(s), §3E1.1(a) (acceptance)
Reduction: 1 level(s), §3E1.1(b) (timeliness)
Adjusted offense level: 41
Objection(s): ☐ Yes ☒ No

Count Two (discharge of a firearm during a crime of violence)
The guideline for a violation of 18 U.S.C. §924(c)(1)(A)(iii) is USSG §2K2.4(b). The guideline sentence is the term of imprisonment required by statute. The guideline range is 120 months (ten years), the mandatory minimum sentence required by statute

The court made the following findings regarding the criminal history category:

Criminal history points: 4, yielding a criminal history category of III.
Objections: ☐ Yes ☒ No

The court found that the adjusted offense level of 41 in criminal history category III resulted in an advisory sentencing range of 360 months (thirty years) to a term of life imprisonment.
Objections: ☐ Yes ☒ No

The court added the mandatory minimum, consecutive sentence of 120 months (ten years) for the §924(c) count in Count Two of the information to the low and high ends of the advisory sentencing range for Count One of the information (360 months to life), resulting in a total advisory sentencing range of 480 months (40 years) to life, with a floor of 120 months (10 years).

The victim's wife provided prepared remarks through a close friend.
The victim's wife's older sister provided remarks.
Scott VanDerven, the vice president of the Wisconsin State Association of Letter Carriers and the victim's coworker, provided remarks.

Government's recommended sentence: 420 months' imprisonment (thirty-five years)
Defendant's recommended sentence: 300 months' imprisonment (twenty-five years)

The defendant addressed the court on his own behalf.

Defendant's judgment request(s): That the court recommend that the Bureau of Prisons ("BOP") place the defendant in a facility as close to the Eastern District of Wisconsin as possible; that the court recommend that the BOP conduct a neuropsychological evaluation of the defendant; that the court recommend that the defendant be placed in GED and any available vocational programming; that the court recommend that the BOP continue the defendant on the mental health care he currently is receiving, or evaluate him for upgraded care; and that the court recommend that the BOP place the defendant at a facility that

offers the Residential Drug Abuse Program (RDAP). The court stated it would make these recommendations and also would recommend that the BOP credit the time the defendant spent in custody prior to the date of today's sentencing.

The court imposed a sentence of: **Three hundred thirty-six (336) months' (twenty-eight years') incarceration on Count One of the information; and one hundred twenty (120) months' (ten years') incarceration on Count Two of the information, to run consecutively to the 336-month term imposed on Count One, for a total term of 456 months' (38 years') imprisonment.**

Supervised Release: **Five (5) years on Count One of the information and five (5) years on Count Two of the information, to run concurrently with the five-year term imposed on Count One for a total term of five (5) years' supervised release.**

Special Assessment: **$200**

Fine: **None**

Restitution: **$511,969.00, jointly and severally with co-defendant Charles Ducksworth. The clerk's office must apply the $2,282.00 recovered from 18XX North 13th Street in Milwaukee, Wisconsin on December 27, 2022 toward that restitution balance.**

The court advised that the sentence it imposed today would have been the same regardless of whether it had adopted and used the guidelines calculations in the plea agreement and in the presentence investigation report.

The court thanked all those who had come today to be in the courtroom to support both the victim's (Mr. Cross's) family and loved ones and the defendant.

The defendant did not object to the proposed conditions of supervised release in the presentence investigation report. The court imposed those conditions of supervised release, which the judgment will reflect.

Defendant in custody: ☒ Yes☐ No

The court reminded the defendant that he had waived his right to appeal. It advised him that there were limited exceptions to that waiver and urged him to discuss those exceptions with his attorney. The court explained that the defendant had a limited time in which to appeal—fourteen days—and advised the defendant to speak to his attorney sooner rather than later. The court will enter judgment reflecting the above sentence.

The court **ORDERS** that the superseding indictment is **DISMISSED AS TO DEFENDANT MCCAA ONLY** on the oral motion of the United States.

Dated in Milwaukee, Wisconsin this 14th day of October, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**